IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUSTARD, a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>WARNER MUSIC GROUP CORP., a Delaware corporation, WARNER-ELEKTRA-ATLANTIC CORPORATION, a Delaware Corporation, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>     Defendants. | No. 08-CV-2170<br><br><br>**DEFENDANTS' RULE 7.1<br>DISCLOSURE STATEMENT** |

*Defendants Warner-Elektra-Atlantic Corporation, Elektra Entertainment Group Inc., and Atlantic Recording Corporation.*  Defendants Warner-Elektra-Atlantic Corporation, Elektra Entertainment Group Inc., and Atlantic Recording Corporation are wholly owned subsidiaries of Warner Music Group Corp.

*Defendant Warner Music Group Corp.*  Defendant Warner Music Group Corp. is a publicly held corporation, has no parent corporation, and to its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York

     April 7, 2008

Respectfully submitted,

JENNER & BLOCK LLP
By:   s/ Andrew H. Bart
Andrew H. Bart (AB-6724)
919 Third Avenue, 37th Floor
New York, New York  10022
(212) 891-1600
*Attorneys for Defendants Warner
Music Group Corp., Warner-
Elektra-Atlantic Corporation,
Elektra Entertainment Group Inc.,
and Atlantic Recording Corporation.*

<u>**CERTIFICATE OF SERVICE**</u>

I, Andrew H. Bart, do hereby certify that on this 7th day of April 2008 I caused

the within **Rule 7.1 Disclosure Statement** to be filed via the Southern District of New

York's Electronic Case Filing system and caused same to be served via U.S. First Class

mail delivery upon ***Peter D. Raymond, Reed Smith LLP***, 599 Lexington Avenue, New

York, New York 10022 by having a true and correct copy of same wrapped in a postage-

paid envelope and deposited into the care and custody of the United States Postal Service.

Dated:  New York, New York                    Respectfully submitted,

     April 7, 2008                    JENNER & BLOCK LLP
                                  By:  s/ Andrew H. Bart
                                  Andrew H. Bart (AB-6724)
                                  919 Third Avenue, 37th Floor
                                  New York, New York  10022
                                  (212) 891-1600
                                  *Attorneys for Defendants Warner*
                                  *Music Group Corp., Warner-*
                                  *Elektra-Atlantic Corporation,*
                                  *Elektra Entertainment Group Inc.,*
                                  *and Atlantic Recording Corporation.*